**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7152**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

COREY MAXEY, a/k/a Rosedog,

                    Defendant – Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:98-cr-00014-FPS-2)

Submitted:  November 13, 2008      Decided:  November 20, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Corey Maxey, Appellant Pro Se.   Sharon Lynn Potter, United
States Attorney, Samuel Gerald Nazzaro, Jr., John Castle Parr,
Assistant United States Attorneys, Wheeling, West Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Maxey appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Maxey</u>, No. 5:98-cr-00014-FPS-2 (N.D.W. Va. June 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>